IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cr-30130-SMY |
| | ) |
| VALENTINO COLIC, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Defendant Valentino Colic's *pro se* Motion for Extension of Self Surrender (Doc. 159) and Motion for Leave to Appeal in Forma Pauperis (Doc. 146). Defendant is currently represented by Attorney Joseph W. Flees, II.

"Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). Thus, a litigant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Colic's *pro se* filings (Docs. 146, 159). *See United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED:** April 30, 2025

*[signature]*

**STACI M. YANDLE**
**United States District Judge**