IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23–cr-30130-SMY |
| | ) |
| | ) |
| VALENTINO COLIC, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Valentino Colic was sentenced on March 25, 2025, to 145 months' imprisonment for conspiracy to commit wire fraud (Count 1), wire fraud (Counts 2, 5), interstate transportation of property taken by fraud (Counts 3, 4), and aggravated identity theft (Counts 6-11). He is scheduled to surrender to the Bureau of Prisons as notified by the United States Marshal. Now pending before the Court is Defendant's *pro se* Motion to Terminate Counsel (Doc. 166) and *pro se* Motion for Extension of Self-Surrender Date (Doc. 167).

Defendant moves to terminate his retained counsel so that he may proceed *pro se* "as is [his] right in the 7th Circuit." There is no federal constitutional right to self-representation on direct appeal from a criminal conviction. *Martinez v. Court of Appeal of Cal., Fourth Appellate Dist.*, 528 U.S. 152, 163 (2000); *United States v. Morris*, 204 F.3d 776, 779–80 (7th Cir. 2000) ("Courts may, and generally should, ensure that defendants enjoy legal representation even if the appellant would prefer to act on his own behalf"). Further, the Seventh Circuit requires trial counsel in criminal cases, whether retained or appointed, to continue the representation on appeal until specifically relieved by the Circuit. *See* Seventh Circuit Plan, VI(A). Accordingly, Defendant's motion to proceed *pro se* is **DENIED**.

Defendant also moves to extend his self-surrender date by 60 to 90 days. He asserts that he is the sole caretaker of his father who has been diagnosed with lung cancer. Defendant also states that his home suffered damage during the recent storms and he would like to assist his family in completing those repairs prior to surrendering. While the Court is sympathetic to Defendant's desire to assist his family, his justifications do not establish good cause for extending his self-surrender date. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: May 8, 2025**

**STACI M. YANDLE**
**United States District Judge**